**David E. HENDERSON, Plaintiff—Appellant,**

v.

**John NALAND, President American Foreign Service Association (AFSA); Sharon Late, General Counsel American Foreign Service Association (AFSA), Defendants—Appellees.**

No. 09–1245.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2009.

Decided: May 28, 2009.

David E. Henderson, Appellant Pro Se.

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David E. Henderson appeals the district court's order dismissing his action summarily asserting that Defendants refused to help him in obtaining the medical retirement benefits he was allegedly denied in 1981, and asking his former union to proceed on his written request for benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Henderson v. Naland,* No. 1:08–cv–00535–LMB–TCB (E.D.Va. February 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*